UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARGET STAFFING, INC.<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED INVESTMENT ADVISORS, INC.<br><br>    Defendant. | CIVIL ACTION NO. ____<br><br>05 11551 RCL |

### AFFIDAVIT OF MARC CAHN

I, Marc Cahn, declare and state as follows:

1. I am Vice President of Diversified Investment Advisors, Inc. ("Diversified"), defendant in the above-captioned action.

2. I make this declaration on my own personal knowledge.

3. Diversified is not a citizen of Massachusetts. Its principal place of business is 4 Manhattanville Road, Purchase, NY 10577. It is incorporated in the state of Delaware.

I declare under pains and penalties of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on July 20, 2005        _____

### CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that, on July 22, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail, postage prepaid, on counsel for Plaintiff, Alexander Furey, 28 State Street, Suite 1100, Boston, MA 02109.

_____

0054-002-101910