UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARGET STAFFING, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED INVESTMENT<br>ADVISORS, INC.<br><br>Defendant. | CIVIL ACTION NO. ____<br><br>**05 11551 RCL** |

### TRANSMITTAL AFFIDAVIT OF MAYETI GAMETCHU, ESQ.

I, Mayeti Gametchu, declare and state as follows:

1. I am an attorney, in good standing, admitted to practice law in the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts.

2. I am a partner with the law firm of Paragon Law Group, LLP and counsel for Diversified Investment Advisors, Inc. ("Diversified").

3. I make this declaration on my own personal knowledge.

4. I submit this declaration in support of the Notice of Removal filed contemporaneously herewith by Diversified and for the purpose of transmitting to the Court, pursuant to 28 U.S.C. § 1446 and Local Rule 81.1, true and accurate copies of the following attached documents filed with or issued by the Superior Court for Middlesex County:

    a. Summons;

    b. Complaint;

    c. Tracking Order;

      d. Transmittal Affidavit of Mayeti Gametchu; and

      e. Docket Entries.

I declare under pains and penalties of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2005 in Boston, MA

                                                  _____
                                                  Mayeti Gametchu (BBO# 647787)

## CERTIFICATE OF SERVICE

    I, Mayeti Gametchu, hereby certify that, on July 22, 2005, I caused a true and correct copy of the foregoing document to be served by first class mail, postage prepaid, on counsel for Plaintiff, Alexander Furey, 28 State Street, Suite 1100, Boston, MA 02109.

                                                  _____

0054-002-101911