**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 SEP 28 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| TARGET STAFFING, INC.      ) | |
|              ) | |
|  Plaintiff,        ) | |
|              ) | |
|  v.           ) | Civil Action No. 1:05-CV-11551 R CL |
|              ) | |
| DIVERSIFIED INVESTMENT   ) | |
| ADVISORS, INC.       ) | |
|              ) | |
|  Defendant.       ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the Plaintiff Target Staffing, Inc. makes the following

disclosure statement:

Target Staffing, Inc. does not have any parent corporation; nor does any publicly
held company own 10% or more of Target Staffing, Inc.'s stock.

        **TARGET STAFFING, INC.,**

        By its attorneys,

        Alexander Furey, Esq., BBO#634157
        Furey & Associates, LLC
        28 State Street, Suite 1100
        Boston, MA 02109
        Tel. 617-573-5114
        Fax 617-573-5115

DATED: September 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff Target Staffing, Inc.'s

Corporate Disclosure Statement was served by facsimile and U.S. Mail this 28th day of

September, 2005 upon the following:

> Mayeti Gametchu, Esq.
> Paragon Law Group, LLC
> 184 High Street
> Boston, Massachusetts 02110
> Fax (617) 399-7955

_____
Alexander Furey, Esq.