UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 28 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TARGET STAFFING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-11551 RCL |
| ) | |
| DIVERSIFIED INVESTMENT ) | |
| ADVISORS, INC. ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATION PURSUANT TO RULE 1.02(d)(3) OF THE EXPENSE AND DELAY REDUCTION PLAN AND LOCAL RULE 16.1

I, Alexander Furey, counsel for Target Staffing, Inc., hereby certify that I have conferred with my client regarding establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pain and penalties of perjury this 25th day of September, 2005.

_____
Alexander Furey, Esq.

I hereby certify that a true and correct copy of Alexander Furey, Esq.'s Certification Pursuant to Rule 1.02(d)(3) of the Expense and Delay Reduction Plan and Local Rule 16.1 was served by facsimile and U.S. Mail this 28th day of September, 2005 upon the following:

> Mayeti Gametchu, Esq.
> Paragon Law Group, LLC
> 184 High Street
> Boston, Massachusetts 02110
> Fax (617) 399-7955

_____
Alexander Furey, Esq.