UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
TARGET STAFFING, INC.                   )
                                        )
        Plaintiff,                      )        CIVIL ACTION NO. 1:05-cv-11551
                                        )
        v.                              )
                                        )
DIVERSIFIED INVESTMENT                  )
ADVISORS, INC.                          )
                                        )
        Defendant.                      )
_____)

## CERTIFICATION OF CONFERRAL PURSUANT TO L.R. 16.1(D)

Defendant Diversified Investment Advisors, Inc. and its counsel hereby certify that they

have complied with Local Rule 16.1(D)(3) and have conferred concerning establishing a budget

for the costs of the litigation and considering alternative dispute resolution programs.

                        DIVERSIFIED INVESTMENT ADVISORS, INC.


                        ____/s/ Marc Cahn_____
                        By: Marc Cahn
                        Its: Vice President


                Attorneys for Diversified Investment Advisors, Inc.


                        ____/s/ Mayeti Gametchu_____
                        Kevin J. O'Connor (BBO# 555250)
                        Mayeti Gametchu (BBO# 647787)
                        PARAGON LAW GROUP, LLP
                        184 High Street
                        Boston, MA 02110
                        (617) 399-7950

Dated: September 28, 2005

## <u>CERTIFICATE OF SERVICE</u>

I, Mayeti Gametchu, hereby certify that, on September 28, 2005, I caused a true and correct copy of the foregoing document to be served by facsimile on counsel for Plaintiff, Alexander Furey, 28 State Street, Suite 1100, Boston, MA 02109.

/s/ Mayeti Gametchu

102160