UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **TARGET STAFFING, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-11551 |
| | ) | |
| **DIVERSIFIED INVESTMENT** | ) | |
| **ADVISORS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Target Staffing, Inc. and Defendant Diversified Investment Advisors, Inc. hereby jointly stipulate that all claims in the above-captioned matter shall be dismissed WITH PREJUDICE and all rights of appeal waived. The parties have resolved this dispute.

| | |
|---|---|
| **DIVERSIFIED INVESTMENT ADVISORS, INC.** | **TARGET STAFFING, INC.** |
| By its attorneys, | By its attorney, |
| /s/ Mayeti Gametchu | /s/ Alexander Furey |
| Kevin J. O'Connor, BBO# 555250 | Alexander Furey, BBO# 634157 |
| Mayeti Gametchu, BBO# 647787 | FUREY & ASSOCIATES LLC |
| PARAGON LAW GROUP, LLP | 28 State Street, Suite 1100 |
| 184 High Street | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02110 | Telephone (617) 573-5114 |
| Telephone (617) 399-7950 | Fax (617) 573-5115 |
| Fax (617) 399-7955 | |

Dated: March 9, 2006

## **CERTIFICATE OF SERVICE**

I, Alexander Furey, hereby certify that a copy of the foregoing document was served by electronic filing to counsel of record for Defendant on March 9, 2006.

/s/ Alexander Furey
_____